IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| U.S. BANK TRUST, N.A., ET AL., | ) | CV 18-00118-SOM-KJM |
| | ) | |
| Plaintiffs, | ) | ORDER ADOPTING MAGISTRATE |
| | ) | JUDGE'S AMENDED FINDINGS AND |
| vs. | ) | RECOMMENDATIONS |
| | ) | |
| TALA RAYMOND FONOTI, ET | ) | |
| AL., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED FINDINGS AND RECOMMENDATIONS**

Amended Findings and Recommendations having been filed and served on

all parties on June 29, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendations" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge